THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00227-MR-DLH

| | |
|---|---|
| R.L., as lawful guardian *ad litem* of Minor Child, A.L., ) ) ) Plaintiff, ) ) vs. ) ) BURKE COUNTY PUBLIC SCHOOLS ) BOARD OF EDUCATION, KATHY ) AMOS, DAVID BURLESON, JOHN ) ROES 1-10, and MICHAEL ANDREW ) ALEXANDER, ) ) Defendants. ) _____) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties were required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within seven (7) days thereafter. The record reflects that joinder of the issues occurred on January 2, 2014, when the last defendant filed an answer to the Plaintiff's Complaint.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable but no later than seven (7) days from the entry of this Order. The parties shall file a certificate of initial attorneys' conference with the Court no later than seven (7) days thereafter.

**IT IS SO ORDERED**. Signed: February 5, 2014

Martin Reidinger
United States District Judge