IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv227

| | |
|---|---|
| R.L., AS LAWFUL GUARDIAN AD LITEM OF MINOR CHILD, A.L., ) ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) ) | ORDER |
| BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, et al., ) ) ) ) ) | |
| Defendants. ) ) | |

Pending before the Court is the Motion to Consolidate [# 25]. Plaintiff moves to consolidate this case with civil case 1:13cv204 for purposes of discovery. Defendants did not respond to the motion. Upon a review of the docket in this case and the docket in civil case 1:13cv204, the Court **DENIES** the motion [# 25]. Discovery in this case shall be governed by the Court's February 24, 2014, Pretrial Order and Case Management Plan.

Signed: March 10, 2014

Dennis L. Howell
United States Magistrate Judge